

# THE ATTORNEY GENERAL

# OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

October 19, 1972

Hon. Garland Boles
Executive Director
Texas Cosmetology Commission
1111 Rio Grande Street
Austin, Texas 78701

Opinion No. M- 1239

Re: Authority of Texas Cosmetology
Commission to renew licenses
for periods of less than one
year for the purpose of stagger-
ing anniversary dates of re-
newals to achieve efficient
administrative work distribu-
tion, and related questions.

Dear Mr. Boles:

In your recent opinion request you provided us with the
following information and questions:

"The Texas Cosmetology Commission seeks
opinions on the following questions to determine
if these actions can be accomplished without
petitioning the Legislature for consideration
and approval.

"It is the desire of the Texas Cosmetology
Commission to stagger dates of license renewal
and re-issue in order to prevent inconvenience
and excessive costs caused when all licenses
expire on August 31. For these reasons we ask
the following questions:

"1. Does the Texas Cosmetology Commission
have the authority to renew licenses for periods
of less than one year for the purpose of staggering
anniversary dates of renewals to efficiently achieve
administrative work distribution?

"2. Does the Texas Cosmetology Commission
have the authority to issue two separate renewal
licenses together for a combined time spand in
excess of one year, (i.e., one license from one
to eleven months and one license for one full year)?

-6068-

"3.  If affirmative opinions are issued for
questions 1 and 2, can the Commission in its
collection of license fees collect simultaneously
monies for both a prorated license period of less
than one year and that of a full year during the
same state fiscal year?

"The Texas Cosmetology Commission functions
under the enactment of House Bill No. 156 by the
62nd Legislature, Regular Session, 1971."

Section 38 of House Bill 156 (Acts 62nd Leg., R.S. 1971,)
Ch. 1036, p. 3389, codified as Vernon's Penal Code, Art. 734c, is
entitled "Renewal of unexpired licenses" and reads:

"(a)  All licenses issued under this Act
except temporary licenses expire one year from
the date of issue.

"(b)  Applications for renewal of an un-
expired license must be filed at least 20 days
prior to the expiration date of the license.
Application shall be on a form prescribed by
the Commission.

"(c)  A renewal license shall be issued
upon compliance with Subsections (a) and (b)
of this section and payment of the renewal fee
established by this Act."

Under these provisions, the answer to questions 1 and 2
is no.  As to licenses presently expiring on August 31, we assume
these are expiring one year from date of issue as required by Section
38(a).  Original licenses issued throughout the year to licensees
who satisfactorily meet the Commission's requirements expire one
year from the date of original issuance and may be renewed at that
time and not August 31.

### S U M M A R Y

The Texas Cosmetology Commission does not
have the authority to renew licenses for periods
of less than one year except temporary licenses,
nor does it have the authority to issue two
separate renewal licenses together for a combined
time span in excess of one year.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Linda Neeley
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Austin Bray
James Hackney
Jim Swearingen
Ben Harrison

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant